# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse　40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): **13-2796**　　　　　　　　　　　　　　　Caption [use short title]

Motion for: **Voluntary Dismissal**

**United States of America v. Frederick Cilins**

Set forth below precise, complete statement of relief sought:

**Defendant respectfully requests this court voluntarily dismiss this appeal.**

MOVING PARTY: **Frederick Cilins**　　　　　　　OPPOSING PARTY: **United States**

☐ Plaintiff　　☑ Defendant
☐ Appellant/Petitioner　　☐ Appellee/Respondent

MOVING ATTORNEY: **Michelle P. Smith**　　　　OPPOSING ATTORNEY: **Elisha Kobre**

[name of attorney, with firm, address, phone number and e-mail]

Law Offices of Michelle P. Smith, P.A.　　　　United States Department of Justice
827 Menendez Court　　　　　　　　　　　　United States Attorney / Southern District of New York
P.O. Box 1788　　　　　　　　　　　　　　　The Silvio M. Mollo Building/One Saint Andrews Plaza
Orlando, Florida 32802-1788　　　　　　　　　New York, New York, 10007

Court-Judge/Agency appealed from: **United States District Court Southern District of New York/Honorable Judge William**

Please check appropriate boxes:　　　　　　　　　　FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
　　　　　　　　　　　　　　　　　　　　　　　　INJUNCTIONS PENDING APPEAL:

Has movant notified opposing counsel (required by Local Rule 27.1):　Has request for relief been made below?　☐ Yes ☑ No
☑ Yes ☐ No (explain):_____　Has this relief been previously sought in this Court?　☐ Yes ☑ No
　　　　　　　　　　　　　　　　　　　　　　　　Requested return date and explanation of emergency: **N/A**

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

Is oral argument on motion requested?　☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?　☐ Yes ☑ No　If yes, enter date:_____

Signature of Moving Attorney:
_____　Date: **August 6, 2013**　Service by: ☐ CM/ECF ☑ Other [Attach proof of service]

---

## ORDER

IT IS HEREBY ORDERED THAT the motion is GRANTED　DENIED.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____　By: _____

Form T-1080 (rev. 7-12)

IN THE UNITED STATES COURT OF APPEAL
FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA,

    Appellee,

v.　　　　　　　　　　　　　　　　　　　Case No. 13-2796

FREDERICK CILINS,

    Appellant.
_____/

UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, appellant Frederick Cilins moves this Court to dismiss this appeal. In support of this motion, Mr. Cilins provides the Court the following facts and information:

    1.    Although Mr. Cilins respectfully disagrees with the District Court's finding of facts and conclusions of law, Mr. Cilins desires to dismiss the appeal to focus on his upcoming trial.

    2.    Assistant United States Attorney Elisha Kobre does not oppose this motion or the relief requested herein.

    3.    The motion is being filed in good faith.

    4.    Mr. Cilins is being detained pending trial.

WHEREFORE, Mr. Cilins respectfully asks this Court to dismiss this appeal.

Respectfully submitted,

/s/ *Michelle P. Smith*
Michelle P. Smith
Florida Bar # 0389392
827 Menendez Court, P.O. Box 1788
Orlando, Florida 32802-1788
Tel. (407) 601-6700
Fax (888) 614-3231
Email: michellesmith@mpsmithlegal.com
Attorney for Appellant Frederic Cilins

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2013, undersigned filed the foregoing *Defendant's Motion for Unopposed Voluntary Dismissal* with the Clerk of Court by U.S. Mail and Email at appeals@nysd.uscourts.gov, as well as by using the CM/ECF system which will send a notice of electronic filing and copy to the following: Elisha Kobre, Stephen Spiegelhalter, Bruce Lehr, Michael Levy and Sherleen Mendez.

I FURTHER HEREBY CERTIFY that on August 6, 2013, undersigned served the following persons a copy by email: Elisha Kobre, Stephen Spiegelhalter, Bruce Lehr, Michael Levy and Sherleen Mendez.

/s/ *Michelle P. Smith*
Co-counsel for Frederic Cilins